# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TYRONE WAYNE BUTLER

NO. 2025 KW 1092

**JANUARY 9, 2026**

---

In Re:   Tyrone Wayne Butler, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-00368.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The State's appeal has been lodged with this court and includes a copy of the May 1, 2025, judgment on the motion to quash. Accordingly, relator's request for mandamus relief is moot.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT